review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Deleon's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Socorro C. **PASCUA, Plaintiff–Appellant,**

v.

**AMERICAN AIRLINES GROUP; US Airways; American Airlines; Deborah Simmons, Corporate Security; Rhonda Ator, Senior Specialist Employee Relations Divisions; Leigh Boggs, Accounts Receivable Department; Veronica Blakely, Manager Investigation/Advice and Counsel Employee Relations; Chris Abbey, Defendants–Appellees.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**No. 15-10528**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/23/2016

Socorro C. Pascua, Pro Se.

Russell Daniel Cawyer, Kelly, Hart & Hallman, L.L.P., Fort Worth, TX, for Defendants–Appellees.

Before PRADO, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* Fifth Cir. R. 47.6.

Gary **FRAKES, Plaintiff–Appellant,**

v.

**Captain Dustin OTT; Sergeant Billy Masden, Defendants–Appellees.**

**No. 15–20761**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/23/2016

Randall Lee Kallinen, Law Office of Randall L. Kallinen, P.L.L.C., Houston, TX.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.